```
FILED BY____AW____D.C.

Sep 19, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _25-mj-03805-Sanchez_

IN RE SEALED COMPLAINT

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the complaint, arrest warrant, this motion, the resulting Order, and any other related document be SEALED until the arrest of the defendant or further Order of this Court.  The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the complaint, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this complaint become public. The Assistant United States Attorney is prepared to provide further information _in camera_ should the Court so require.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   _/s/ Thomas Haggerty_____
      THOMAS HAGGERTY
      Assistant United States Attorney
      Southern District of Florida
      Fl Bar No. 46136
      99 NE 4th Street
      Miami, Florida 33132
      Tel: (305) 961-9002
      Email: thomas.haggerty@usdoj.gov