FILED BY ___AW___ D.C.

Sep 19, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-03805-Sanchez

IN RE SEALED COMPLAINT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the complaint, arrest warrant, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the complaint, arrest warrant, the motion to seal, and this Order shall be filed under seal until the arrest of the defendant or further Order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the complaint, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida this 19th day of September, 2025.

_____
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE