UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-MJ-3805-SANCHEZ(SEALED)

UNITED STATES OF AMERICA,
   Plaintiff,

V.

Ryan Clifford Goldberg,
   Defendant(s).
_____/

## ORDER

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 9/23/25

                _____
                Edwin G. Torres
                **UNITED STATES MAGISTRATE JUDGE**