# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**            Date: 9/23/25        Time: 1:30 p.m.

| | |
|---|---|
| Defendant: Ryan Clifford Goldberg | J#: 28081-506    Case #: 25-MJ-3805-SANCHEZ |
| AUSA: Tom Haggerty | Attorney: AFPD-MaeAnn Dunker |
| Violation: Conspiracy to Interfere With Commerce Extortion. | Surr/Arrest Date: 09/22/25    YOB: 1985 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐  ☐ | Recommended Bond: Pretrial Detention |
| Bond Set at: | Co-signed by: |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

**Disposition:**
Government's Ore Tenus Motion to Unseal-GRANTED.
Defendant advised rights and charges.
Defendant sworn.
Defendant Ore Tenus Motion to appoint counsel-GRANTED.
AFPD-Appointed.
Government seeks Pretrial Detention due to risk of flight.
Government Ore Tenus Motion for Pretrial Detention Hearing-GRANTED.
Brady Order Given.

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 
PTD/Bond Hearing: 09/25/2025        10:00 AM        Duty        Miami
Prelim/Arraign or Removal: 10/07/2025        10:00 AM        Duty        Miami
Status Conference RE: 
D.A.R. 13:37:22                                Time in Court: 9 Mins

s/Edwin G. Torres                                        Magistrate Judge